It is plain that the jury was warranted under the facts in assessing the extreme penalty.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## WILLIAMS v. STATE.
### No. 24640.

Court of Criminal Appeals of Texas.

Feb. 15, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with driving a motor vehicle on a public highway in Smith County while he was intoxicated.

He waived a jury and entered a plea of guilty before the court and was fined $50. He perfected an appeal to this court. The record is here without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.